DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
RAUL DIAZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO NAPOLES,<br>RAYMOND MORIN,<br>RAUL DIAZ,<br><br>Defendants. | No. 2:18-CR-00030 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 17, 2018.

2. By this stipulation, the defendants now move to continue the status conference until June 12, 2018, at 9:15 a.m. and to exclude time between April 17, 2018, and June 12, 2018, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. There are approximately 225 pages of reports and several hours of videos that have been provided. Other discovery is in the process of being provided.

b. Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2018, and June 12, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 13, 2018
                          MCGREGOR SCOTT
                          U.S. ATTORNEY

                    By:   /s/ David D. Fischer for
                            CAMERON DESMOND
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

Dated: April 13, 2018
                            /s/ David D. Fischer
                            DAVID D. FISCHER
                            Attorney for Defendant
                            RAUL DIAZ

Dated: April 13, 2018
                            /s/ David D. Fischer for
                            DOUGLAS BEEVERS
                            Attorney for Defendant
                            ARTURO NAPOLES

Dated: April 13, 2018
                            /s/ David D. Fischer for
                            MARY ANN BIRD
                            Attorney for Defendant
                            RAYMOND MORIN

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the April 17, 2018, status conference hearing be continued to June 12, 2018, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from April 17, 2018, up to and including the June 12, 2018, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO FOUND AND ORDERED this 13th day of April, 2018.

                          /s/ John A. Mendez_____
                          HON. JOHN A. MENDEZ
                          US District Court Judge