CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for RAYMOND MORIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAYMOND MORIN, et al.<br><br>　　　　Defendants. | Case No.: 2:18-cr-00030-JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: July 31, 2018<br>TIME: 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for Defendant Raymond Morin; Douglas Beevers, Counsel for Defendant Arturo Napoles; and David Fischer, Counsel for Defendant Raul Diaz, that the status conference in this matter currently scheduled for July 31, 2018, at 9:15 a.m. be vacated, and the matter be continued to this court's criminal calendar on October 16, 2018, at 9:15 a.m. for further status conference.

　　　Present defense counsel for Raymond Morin was designated attorney of record on June 4, 2018. Previous counsel did not turn over discovery. Present defense counsel has previously provided the government a 32 gigabyte flash drive for production of discovery, which the government has represented is forthcoming.

07/30/18

1 | The parties will require additional time for review of discovery, conduct necessary investigation, and confer with their respective clients.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: July 25, 2018

/S/   Cameron Desmond
PHILLIP A. TALBERT
by CAMERON DESMOND
Attorney for Plaintiff

/S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Raymond Morin

/S/   Douglas Beevers
DOUGLAS BEEVERS
Attorney for Arturo Napoles

/S/   David Fischer
DAVID FISCHER
Attorney for Raul Diaz

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | IT IS SO ORDERED, that the status conference in the above-entitled matter, |
| 4 | scheduled for July 31, 2018, at 9:15 a.m., be vacated and the matter continued for further |
| 5 | status conference on October 16, 2018, at 9:15 a.m. The Court finds that time under the |
| 6 | Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable |
| 7 | time to prepare. Based on the parties' representations, the Court finds that the ends of |
| 8 | justice served by granting a continuance outweigh the best interests of the public and the |
| 9 | defendants to a speedy trial. |

DATED AND ORDERED This 30th day of July, 2018

/s/ John A. Mendez\
HON. John A. Mendez\
United States District Court Judge